HELEN MacGREGOR FAITHFULL, Respondent, v. DAILY MIRROR, INC., Appellant.— Order denying motion to dismiss complaint or to strike certain matter therefrom affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

STANLEY E. FAITHFULL, Respondent, v. DAILY MIRROR, INC., Appellant.— Order denying motion to strike certain matter from the complaint and extending time to answer affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

FLATBUSH SAVINGS BANK, Respondent, v. MILDRED KORNBLAU and Others, Defendants, Impleaded with MILRUTH HOLDING CO., INC., Appellant.— Orders denying motions to vacate an *ex parte* order appointing a receiver affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

OSCAR HALBREICH, Respondent, v. THE TRAVELERS FIRE INSURANCE COMPANY and Others, Appellants. OSCAR HALBREICH, Respondent, v. URBAINE FIRE INSURANCE COMPANY OF PARIS, FRANCE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Appeal from the decision and so-called order " entered upon the minutes " dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

FLORENCE HAMPE, Respondent, v. RUTH DuBois and THOMAS McDERMOTT, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

VICTORIA HEDDENDORF, Respondent, v. WILLIAM H. HEDDENDORF, Appellant.— Order granting plaintiff's motion for temporary alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

JOHN HENION, as Administrator de Bonis Non, etc., of MYRTLE HENION, Deceased, Respondent, v. JACOB MAGER and CHARLES THORNE, Individually and as Copartners Doing Business under the Firm Name and Style of MAGER & THORNE, the Said CHARLES THORNE Being Sometimes Known as CHARLES THRONE and the Said Copartnership Being Sometimes Known as MAGER & THRONE, and ISAAC JOSEPH GOLDMAN, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.